UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re | ) |
| MICHAEL HENRY MCKINISH and, | ) Case Number 14-12152 |
| HEATHER JANEA MCKINISH | ) Chapter 13 |
| Debtors | ) |

## CORRECTED MATRIX

COMES NOW, MICHAEL HENRY MCKINISH and HEATHER JANEA MCKINISH ("Debtors"), by and through Debtors' counsel, McBride & Associates, P.C. and does hereby file the corrected address for COLORADO STUDENT LOANS, CAPITAL ONE, U S Dept Of Ed/gsl/at, Acct Mgmt Resources Llc, and ACCOUNT MANAGEMENT RESOURCES LLC.

Prior Address:

    COLORADO STUDENT LOANS
    999 18th St, Ste 425
    Denver, CO 80202

New Address:

    COLORADO STUDENT LOANS
    3015 South Parker Road, Suite 400
    Aurora, CO 80014-2904

Prior Address:

    CAPITAL ONE
    P.O. Box 85064
    Salt Lake City, UT 84130

New Address:

    CAPITAL ONE
    Attn: General Correspondence
    PO Box 30285
    Salt Lake City, UT 84130-028

Prior Address:

    U S Dept Of Ed/gsl/at
    P.O. Box 4222
    Iowa City, IA 52244

New Address:

    U S Dept Of Ed/gsl/at
    **Lyndon Baines Johnson (LBJ)**
    Department of Education Building
    400 Maryland Ave, SW
    Washington, DC 20202

Prior Address:

    Acct Mgmt Resources Llc
    2915 N. Classen Blvd
    Oklahoma City, OK 7316-5400

New Address:

    Acct Mgmt Resources Llc
    726 West Sherdian
    Oklahoma City, OK 73102

Prior Address:

    ACCOUNT MANAGEMENT RESOURCES LLC
    1726 West Sherdian
    Oklahoma City, OK 7316-5400

New Address:

    ACCOUNT MANAGEMENT RESOURCES LLC
    726 West Sherdian
    Oklahoma City, OK 73102

McBride & Associates, P.C.
Attorneys for Debtors

By:     /s/ L. David McBride
    L. David McBride, OBA No. 17095
    3035 Northwest 63rd Street, Suite 229

Oklahoma City, Oklahoma 73116
david@okwills.com
(405) 842-7626
(405) 842-0787 (fax)

Bride & Assoc, P.C.
5 Northwest 63rd St Ste 229
ahoma City, OK 73116-3631



Account Management Resources LLC
1726 West Sherdian
Oklahoma City, OK 73102

NIXIE        731    5E 1009        0008/09/14
            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD
BC: 73116363154        *0957-00257-01-35

M<sup>c</sup>Kinish

nfh 14-12152

et

6

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

USINESS
RUPTCY COURT
ATE USE $300
a PROCEEDING

RUPTCY COURT

010359  10359 1 AT 0.403  73106  7 0  7584-0-10359

Acct Mgmt Resouces Llc (original Credito
2915 N Classen Blvd
Oklahoma City, OK 73106-5400

**FIRST-CLASS MAIL**

X 731 NFE 1260413F0007/30/14
FORWARD TIME EXP    RTN TO SEND
: ACCOUNT MANAGEMENT RESOURCES
726 W SHERIDAN AVE # 150
OKLAHOMA CITY OK 73102-2412
        RETURN TO SENDER

73116@3631

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

030985  1293 1 SP 0.480  84130  1 6  7584-0-30985

Capital One
P.O. Box 85064
Salt Lake City, UT 84130

NIXIE       841   DE 1300      0008/08/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 73116363154     *0336-09009-28-36

McKinish

OKLAHOMA CITY OK 730
01 AUG 2014 PM 3 L

Colorado Student Loans
999 18th St Ste 425
Denver, CO 80202

NIXIE       802   5E 1009      0008/06/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 73116363154     *0957-05055-01-34

Bride & Assoc, P.C.
5 Northwest 63rd St. Ste 229
ahoma City, OK 73116-3631



U S Dept Of Ed/gsl/atl
Po Box 4222
Iowa City, IA 52244

NIXIE            503    5E 1009        0008/06/14
             RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
         BC: 73116363154      *0957-00020-01-35

McKinish